## White v. Tisdale's Executor.

(Decided May 13, 1919.)

### Appeal from Campbell Circuit Court.

1. Appeal and Error—Amount.—On appeal by a plaintiff, the amount in controversy is the difference between the amount sued for and the sum recovered.

2. Appeal and Error—Allowance of Appeal—Amount.—The circuit court is without jurisdiction to grant an appeal from a money judgment where the amount in controversy is less than $500.00. The appeal can be granted only by the Court of Appeals upon proper application.

HORACE W. ROOT and A. M. CALDWELL for appellant.

ARTHUR HALL for appellee.

OPINION OF THE COURT BY WILLIAM ROGERS CLAY, COMMISSIONER—Dismissing the appeal.

Alleging that he had performed services for J. M. Tisdale of the reasonable value of $512.40, plaintiff, J. D. White, brought this suit against his executor to recover that sum, subject to a credit of $14.50. A trial before a jury resulted in a verdict and judgment in his favor for $100.00. The appeal by plaintiff was granted below.

On appeal by a plaintiff, the amount in controversy is the difference between the sum sued for and the sum recovered. Here, the sum sued for was $497.90, and as the sum recovered was only $100.00, the amount in controversy is $397.90. On appeal from a money judgment, where the amount in controversy is less than $500.00, the circuit court is without jurisdiction to grant the appeal. Childers v. Ratliff, 164 Ky. 123, 175 S. W. 25; Oman-Bowling Green Stone Co. v. Louisville & N. R. R. Co., 169 Ky. 832, 185 S. W. 118. In such a case an appeal can be granted only by this court upon proper application.